IN THE COMMON PLEAS COURT OF FRANKLIN COUNTY, OHIO
CIVIL DIVISION

William A. Martin
918 Studer Ave.
Columbus, Ohio 43206

            :   Case No.
  **Plaintiff**         :
vs             :   Judge
             :
  :
Loews Home Centers, LLC.    :
3616 E. Broad St.         :
Columbus, Ohio 43213      :

  **Defendant**

## COMPLAINT

   Now comes the Plaintiff, by and through Counsel James E. L. Watson and for his complaint against the Defendant, allege and states as follows:

## FIRST CAUSE OF ACTION

Plaintiff, William A. Martin was, at all times a relevant, resident of Franklin County, Ohio, whose last known residence was, 918 Studer Ave., Columbus, Oh. 43206. Defendant, Loews Home Centers LLC. was, at all times a relevant, registered LLC. in the State of Ohio, whose last known business address was 3616 E. Broad St., Columbus, Ohio 43213.

1) Plaintiff, William A. Martin was driving his vehicle when he was struck by the operator of a Loews freight liner conventional 6X2 truck, Osvaldo Luis Rivera Mangual.

2) The Defendant negligently caused the collision, by not paying attention to the other traffic, heading northbound on Lockbourne Rd. as he attempted to turn right onto E. Whittier St.

3) The Plaintiff was behind the Defendant in the proper turning lane also attempting to turn right

4) The defendant made a wide right turn since he was driving a large freight liner conventional 6X2 truck. Plaintiff then made the right turn inside of Defendant and both vehicles struck each other during the turn

5) That all the events hereinafter stated occurred in Franklin County, Ohio on or about 01/29/2018.

6) That immediately prior to and at the same time of the occurrence to be hereinafter described, the Plaintiffs were in the exercise of ordinary care for their own safety and the safety of others, and for the safety of his property and for that of others.

7) That the Defendant's Loews Home Centers LLC. and Osvaldo Luis Rivera Mangual did negligently and violently strike William A. Martin in his automobile.

8) That as a direct and proximate result of said neglect by the Defendant's Loews Home Centers LLC. and Osvaldo Luis Rivera Mangual, Plaintiff, William A. Martin suffered severe injuries.

## SECOND CAUSE OF ACTION

9) Plaintiff's incorporate by reference each and every prior subsequent allegation of this complaint as fully restated herein. That by reason of the aforementioned injuries, the Plaintiff was hindered from attending to his usual affairs. The Plaintiff was compelled to expend and/or become liable for great sums of money for hospital and medical services, <u>extensive rehabilitation care</u> and attention in trying to seek treatment for Plaintiff William A. Martin's injuries.

**Wherefore,** Plaintiff William A. Martin, prays for judgment in his favor and against the Defendant's in excess of $25,000.00 plus interest as follows:

- A. As compensation for pain, suffering, disability, and diminished ability to apply themselves to productive and recreational activities as the Court and jury shall find to be compensatory;
- B. As reimbursement for medical expenses and other out of pocket expenses, such as sums as the Court and Jury shall

        find to be compensatory;

C.     Plaintiff's cost of suit

D.     Any other and further relief that the Court deems appropriate.

### DEMAND FOR JURY TRIAL

Plaintiff's demands a jury of eight(8) to hear all issues in this matter.

Respectfully Submitted,

/s/ James E. L. Watson
James E. L. Watson, Esq. (0039585)
Counsel for the Plaintiff
1247 S. High St. Columbus, Ohio 43206
614.443.1221 Phone
614.443.0034 Fax

0E637 - E10
Case: 2:19-cv-02051-CLB-EPD Doc #: 2 Filed: 05/20/19 Page: 4 of 8 PAGEID #: 10
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Apr 24 1:23 PM-19CV003412

MARYELLEN O'SHAUGHNESSY

FRANKLIN COUNTY CLERK OF COURTS
GENERAL DIVISION, COURT OF COMMON PLEAS

DAN HAWKINS

CASE TITLE: WILLIAM MARTIN -VS- LOEWS HOME CENTERS LLC    CASE NUMBER: 19CV003412

## CLERK'S ORIGINAL CASE SCHEDULE

|  | LATEST TIME OF OCCURRENCE |
|---|---|
| TRIAL ASSIGNMENT | 05/11/20 0900AM |
| CASE FILED | 04/24/19 |
| INITIAL STATUS CONFERENCE | ******** |
| INITIAL JOINT DISCLOSURE OF ALL WITNESSES | 09/11/19 |
| SUPPLEMENTAL JOINT DISCLOSURE OF ALL WITNESSES | 11/06/19 |
| DISPOSITIVE MOTIONS | 01/29/20 |
| DISCOVERY CUT-OFF | 02/12/20 |
| DECISIONS ON MOTIONS | 03/25/20 |
| FINAL PRE-TRIAL CONFERENCE/ORDER (OR BOTH) | 04/14/20 0900AM |

MARYELLEN O'SHAUGHNESSY

FRANKLIN COUNTY CLERK OF COURTS
GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: WILLIAM MARTIN -VS- LOEWS HOME CENTERS LLC       CASE NUMBER: 19CV003412


TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
LOEWS HOME CENTERS LLC
3616 E BROAD ST
COLUMBUS, OH  43213

---

JUVENILE CITATIONS ONLY:

   HEARING TYPE:

   __ Date already scheduled at  :  Courtroom:

---

**Electronically Requested by:** JAMES EDWARD, LOUIS WATSON
**Attorney for:**

E3034 - Z98

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

WILLIAM MARTIN
918 STUDER AVE
COLUMBUS, OH 43206,

PLAINTIFF,

VS.

LOEWS HOME CENTERS LLC
3616 E BROAD ST
COLUMBUS, OH 43213,

19CV-04-3412

CASE NUMBER

DEFENDANT.

**** SUMMONS ****           04/24/19

TO THE FOLLOWING NAMED DEFENDANT:
   LOEWS HOME CENTERS LLC
   3616 E BROAD ST
   COLUMBUS, OH 43213

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:   WILLIAM MARTIN
      918 STUDER AVE
      COLUMBUS, OH 43206,

                                                           PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF THE PLAINTIFF'S ATTORNEY IS:
   JAMES WATSON
   ATTORNEY AT LAW
   1247 S HIGH STREET
   COLUMBUS, OH 43206

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY: SUZIE HORLOCKER, DEPUTY CLERK

(CIV370-S03)

E3035 - B72

FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

CERTIFIED
MAIL
RECEIPT.

04/25/19

FILED
COMMON PLEAS COURT
FRANKLIN CO., OHIO
2019 APR 26 PM 12:44
CLERK OF COURTS

LOEWS HOME CENTERS LL
3616 E BROAD ST
COLUMBUS, OH
     43213

19CV-04-3412   C

WILLIAM MARTIN
    VS
LOEWS HOME CENTERS LL

SERVICE ITEM: 01
ORIGINAL SUMMONS

    CERTIFIED
    NUMBER

9214890119 522805225221

    CIV384

E30   UNITED STATES
      POSTAL SERVICE.

Date Produced: 04/29/2019

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2805 2252 21. Our records indicate that this item was delivered on 04/27/2019 at 12:53 p.m. in COLUMBUS, OH 43213. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:   3616 E Broad St

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2019 MAY -1 AM 9:23
CLERK OF COURTS

Customer Reference Number:    4321319CV03412MARTI